# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

TIAJUANA WASHINGTON, )
)
)
Plaintiff, )
) Case No.: CIV-17-1060-M
v. )
)
)
RMLS HOP OKC, LLC, )
)
)
Defendant. )

## JOINT STIPULATION OF DISMISSAL

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), the Plaintiff, Tiajuana Washington, and the Defendant, RMLS HOP OKC, LLC, hereby stipulate to the dismissal with prejudice of the above-captioned action.  Each party shall bear their own costs and fees herein.


*/s/Jeff Taylor*                                                  */s/Amy Sherry Fischer*
*(Signed by Filing Attorney with*          Amy Sherry Fischer-OBA# 16651
*Permission of Attorney)*                         Carri A. Remillard-OBA# 21539
Jeff Taylor-OBA#17210                             FOLIART, HUFF, OTTAWAY & BOTTOM
The Offices at Deep Fort Creek             201 Robert S. Kerr Avenue, 12th Floor
5613 N. Classen Blvd.                               Oklahoma City, Oklahoma 73102
Oklahoma City, OK 73118                     Telephone: (405) 232-4633
Telephone:  (405) 286-1600                   Facsimile: (405) 232-3462
Fascimile:  (405) 842-6132                     amyfischer@oklahomacounsel.com
taylorjeff@mac.com                                 carriremillard@oklahomacounsel.com

**ATTORNEY FOR PLAINTIFF**       **ATTORNEYS FOR DEFENDANT**
**TIAJUANA WASHINGTON**            **RMLS HOP OKC, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of December, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jeff Taylor OBA #17210
The Offices at Deep Fort Creek
5613 N. Classen Blvd.
Oklahoma City, OK 73118
Telephone:  (405) 286-1600
Fascimile:  (405-842-6132
taylorjeff@mac.com

*s/Amy Sherry Fischer*
Amy Sherry Fischer