## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TIAJUANA WASHINGTON, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CIV-17-1060-M |
| v. | ) | |
| | ) | |
| | ) | |
| RMLS HOP OKC, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal [Doc No. 8].  Upon review of the Joint Stipulation of Dismissal, the Court hereby DISMISSES WITH PREJUDICE the above-captioned matter.  Each party shall bear their own fees and costs.

**IT IS SO ORDERED this 2nd day of January, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE